NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1232

WWP, INC.,

Plaintiff-Appellee,

v.

WOUNDED WARRIORS FAMILY SUPPORT, INC.,

Defendant-Appellant.

Appeal from the United States District Court for District of Nebraska
in case no. 07-CV-0370, Senior Judge Lyle Strom.

## O R D E R

The court considers whether the parties should be directed to show cause why this appeal should not be transferred to the United States Court of Appeals for the Eighth Circuit.

Wounded Warriors Family Support, Inc. appeals from a judgment of the United States District Court for the District of Nebraska in a case involving trademark infringement and state law claims. In the notice of appeal, the appellant requested review by the Eighth Circuit, but the district court transmitted the notice of appeal to this court.

This court is a court of limited jurisdiction. 28 U.S.C. § 1295. It does not appear, based upon a review of the papers in this court's file, that the district court's jurisdiction arose in whole or in part under laws which govern our exclusive jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The parties are directed within 21 days from the date of filing of this order to show cause why this appeal should not be transferred to the United States Court of Appeals for the Eighth Circuit pursuant to 28 U.S.C. § 1631.

(2)     The briefing schedule is stayed.

FOR THE COURT

MAR 1 7 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Amber Allred, Esq.
        Dana C. Bradford, III, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2010

JAN HORBALY
CLERK

2010-1232                               2